UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN RE: ASBESTOS LITIGATION

CATHERINE MURRAY, as Executrix of the
Estate of JOHN M. MURRAY,

    Plaintiff,

v.

EASTERN REFRACTORIES COMPANY, INC.,
et al.,

    Defendants.

Civil Action No.: 1:12-CV-11484

## JOINT MOTION FOR DISMISSAL PURSUANT TO FRCP 41

Plaintiff and Defendants listed on the attached Exhibit A, by their Attorneys, pursuant to Fed. R. Civ. P. 41(a)(2), hereby move that all claims against the listed Defendants be dismissed with prejudice and without costs. This Motion does not apply to Defendant Yarway Corporation, which has filed for bankruptcy.

Respectfully submitted,

**PLAINTIFF,**
By her Attorney,

/s/ Andrew S. Wainwright
Andrew S. Wainwright
BBO # 560060
Thornton & Naumes, LLP
100 Summer Street, 30th Floor
Boston, MA 02110
617-720-1333
awainwright@tenlaw.com

DATED: May 6, 2014

**DEFENDANTS,**
By their Lead Defense Counsel,

/s/ Craig R. Waksler
Craig R. Waksler
BBO #566087
Jennifer A. Whelan
BBO #631519
Eckert Seamans Cherin & Mellott, LLC
Two International Place, 16th Floor
Boston, MA 02210
(617) 342-6800

## CERTIFICATE OF SERVICE

    The undersigned counsel for the Defendants hereby certifies that a true and correct copy of the foregoing document was filed with the Court and served electronically through the CM-ECF (Electronic Case Filing) system to all counsel of record to those registered to receive a Notice of Electronic Filing for this case.

DATED: May 6, 2014                    /s/ Craig R. Waksler  
                                              Craig R. Waksler

## EXHIBIT A

EASTERN REFRACTORIES COMPANY, INC.;
GENERAL INSULATION COMPANY;
A. W. CHESTERTON COMPANY;
FEDERAL MOGUL ASBESTOS PERSONAL INJURY TRUST
    as Successor to the Former VELLUMOID Division of FEDERAL-MOGUL
JOHN CRANE, INC.;
API HEAT TRANSFER INC;
CRANE CO., as Successor to COCHRANE CORP.;
HARSCO CORPORATION f/k/a THE PATTERSON-KELLEY CO., INC.; .
PROCESS ENGINEERING AND MACHINE CO., INC.;
ROSS HEAT EXCHANGER, Division of AMERICAN STANDARD, INC.;
SPX COOLING TECHNOLOGIES, INC. Individually
    and as Successor to THE MARLEY COOLING TOWER COMPANY;
YUBA HEAT TRANSFER LLC;
BAYER CROPSCIENCE, INC. as Successor to AMCHEM, INC.;
RAPID-AMERICAN CORPORATION;
AIR & LIQUID SYSTEMS CORPORATION
    as Successor by Merger to BUFFALO PUMPS, INC.;
ALFA LAVAL, INC. Individually and as Successor to THE DE LAVAL SEPARATOR CO. and
    SHARPLES, INC.;
AURORA PUMP CO.;
BW/IP INTERNATIONAL, INC., as Successor to BYRON JACKSON PUMPS;
CARRIER CORPORATION a/k/a BRYANT HEATING & COOLING SYSTEMS, INC.;
CARRIER CORPORATION as Successor by Merger to ELLIOTT COMPANY;
CORNELL PUMP COMPANY;
CRANE CO.;
DUNHAM-BUSH, INC.;
ELECTRO DYNAMIC CORPORATION;
ELECTROLUX HOME PRODUCTS, INC.
    f/k/a WHITE CONSOLIDATED INDUSTRIES, INC. f/k/a COPES-VULCAN, INC.
    and JERGUSON GAGE AND VALVE COMPANY;
FLOWSERVE CORPORATION f/k/a THE DURIRON CO., INC.,
    DURCO INTERNATIONAL, INC. and BYRON JACKSON COMPANY;
FLOWSERVE US, INC. as Successor to ROCKWELL MANUFACTURING CO.,
    EDWARD VALVES, INC. and NORDSTROM VALVES, INC.;
FMC f/k/a NORTHERN PUMP and PEERLESS PUMP CO.;
GARDNER DENVER, INC.;
GOULDS PUMPS INCORPORATED;
IMO INDUSTRIES, INC. f/k/a DELAVAL STEAM TURBINE COMPANY;
INGERSOLL-RAND COMPANY;
ITT CORPORATION as Successor to BELL & GOSSETT, HOFFMAN PUMPS,
    and KENNEDY VALVES;
MAROTTA CONTROLS, INC.;
MARSHALL ENGINEERED PRODUCTS COMPANY, LLC;

MILWAUKEE VALVE COMPANY, INC.;
NELES-JAMESBURY, INC. f/k/a JAMESBURY CORPORATION;
PARKER-HANNIFIN CORPORATION;
QUAKER CHEMICAL CORPORATION;
ROPER INDUSTRIES, INC.;
ROTH PUMP COMPANY;
SEPCO CORPORATION;
STERLING FLUID SYSTEMS (USA), INC., Individually and as
    Successor to PEERLESS PUMP CO.;
TACO, INC.;
THE FAIRBANKS COMPANY;
THE GORMAN-RUPP COMPANY;
TYCO VALVES & CONTROLS, INC. as Successor to CROSBY VALVES;
VELAN VALVE CORPORATION;
VIAD CORP. as Successor to GRISCOM RUSSELL;
VIKING PUMP, INC.;
WARREN PUMPS LLC;
YEOMANS CHICAGO CORPORATION;
YORK INTERNATIONAL CORPORATION;
SELBY, BATTERSBY & COMPANY;
GRAVER TECHNOLOGIES LLC;
MARMON WIRE & CABLE LLC f/k/a THE MARMON CORPORATION,
    Successor to ECODYNE WATER TREATMENT LLC; AND
MARMON WIRE & CABLE LLC f/k/a THE MARMON CORPORATION,
    Successor to GRAVER TECHNOLOGIES;