UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| CATHERINE MURRAY, as Executrix of the Estate of JOHN M. MURRAY, <br>     Plaintiff, <br><br> v. <br><br> EASTERN REFRACTORIES COMPANY, INC., et al., <br>     Defendant. | ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 12-12355-MLW |

ORDER

WOLF, D.J.                                                              March 9, 2016

    On October 19, 2012, a Complaint was filed by plaintiff Catherine Murray, as executrix of John M. Murray's Estate, against Eastern Refractories Company, Inc., et al., in Massachusetts Superior Court. The 5-count Complaint alleges that the plaintiff's decedent, John M. Murray, contracted asbestosis and other related asbestos-related diseases from exposure to the defendants' asbestos and asbestos-containing materials while working as a rigger at the Boston Naval Shipyard, Charlestown, Massachusetts. On December 19, 2012, the case was removed to this court, pursuant to 28 U.S.C. §§1442(a)(1) and 1446, and transferred to Magistrate Judge Bowler's Asbestos Docket.

    On March 15, 2013, defendant Rapid-American Corporation ("Rapid") filed a Suggestion of Bankruptcy (Docket No. 170). On December 14, 2015, the plaintiff filed a Motion to Remand Case to

State Court (Docket No. 278). The Motion states that the only remaining defendant is a bankrupt entity.

On March 8, 2013, Rapid filed a voluntary petition for relief in the United States Bankruptcy Court for the Southern District of New York. Pursuant to 11 U.S.C. §362(a), all proceedings against a bankrupt entity are automatically stayed when a petition is filed.

Accordingly, it is hereby ORDERED that:

1. Plaintiff Catherine Murray's Motion to Remand Case to State Court (Docket No. 278) is DENIED.

2. The case is STAYED pursuant to 11 U.S.C. §362(a).

3. The parties shall promptly inform the court when the stay is lifted or the claim is otherwise resolved.

/s/ _____
UNITED STATES DISTRICT JUDGE